EFiled: Feb 17 2023 12:06PM EST
Filing ID 69174215
Case Number 270,2022

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAQUAN CRUMP, | § | |
| | § | |
| Defendant Below, | § | No. 270, 2022 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1707005117 |
| | § | |
| Appellee. | § | |

Submitted:  February 14, 2023
Decided:     February 17, 2023

## ORDER

On August 3, 2022, the appellant filed a notice of appeal from a Superior Court order denying his motion for postconviction relief.  The Court issued a briefing schedule on August 31, 2022; the appellant's opening brief was due by October 18, 2022.  The Court later granted appellant's motion for an extension of time to file his brief, ordering that the opening brief was due by January 17, 2023.  On January 24, 2023, Court staff sent a brief delinquency letter to the appellant.  On February 2, 2023, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief.  On February 8, 2023, the Court received the certified mail receipt indicating that the notice to show cause had been delivered on February 3, 2023.  A timely response to the notice to show cause was due on or before February

13, 2023. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Collins J. Seitz, Jr.*
Chief Justice